UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VAUGHN MEDICAL EQUIPMENT REPAIR SERVICE, L.L.C. | CIVIL ACTION |
| VERSUS | NUMBER: 10-0124 |
| JORDAN RESES SUPPLY COMPANY, RESPIRONICS, INC., A/K/A PHILIPS RESPIRONICS, AND RESMED CORP. | SECTION: "C" 4 |

**J U D G M E N T**

In accordance with the Court's order and reasons, record document number 52,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's federal claims under 15 U.S.C. § 1, 2, 13, 14 and 42 U.S.C. § 1981, 1982, 1985 are DISMISSED with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's remaining state law claims are DISMISSED without prejudice for lack of subjection matter jurisdiction under 28 U.S.C. § 1367.

New Orleans, Louisiana, this 1st day of September 2010.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE