UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VAUGHN MEDICAL EQUIPMENT REPUBLIC SERVICE, L.L.C. | § § § § § § § § § § § § § | |
| | | CIVIL ACTION NO.: 2:10-cv-124 |
| *Plaintiff*, | | |
| vs. | | |
| JORDAN RESES SUPPLY COMPANY, RESPIRONICS, INC., a/k/a PHILIPS RESPIRONICS, and RESMED CORP. | | SECTION: "C" (4) |
| *Defendants*. | | |

## NOTICE OF APPEAL

Notice is hereby given that Vaughn Medical Equipment Repair Service, L.L.C., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment (Doc. 53) entered by the Court in this action on the 1st day of September, 2010.

Respectfully Submitted,

ARNOLD & ITKIN LLP

*/s/ Robert P. Wynne*

_____
Robert P. Wynne
Louisiana State Bar No. 30123
5 Houston Center
1401 McKinney Street, Ste. 2550
Houston, TX 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**ATTORNEY FOR PLAINTIFF**

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served on all counsel of record through the Court's CM/ECF system September 30, 2010.

*/s/ Robert P. Wynne*

_____
Robert P. Wynne